
FILED
DISTRICT COURT OF GUAM

JUL -3 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 02-00008-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| FLORANTE B. BAUTISTA | ) | |
| Defendant. | ) | |
| | ) | |

On June 13, 2002, Florante B. Bautista was sentenced in the District Court of Guam for Misappropriation of Postal Funds, in violation of 18 U.S.C. § 1711. He was sentenced to a twenty-four month term of probation. In addition to the mandatory conditions listed in the judgment, it was ordered that Mr. Bautista comply with the standard conditions of probation as set forth by the U.S. Probation Office; shall not possess, use or administer any controlled substances unless prescribed by a physician; and immediately pay restitution to the U.S. Postal Service in the amount of $1,000.00; not incur new credit charges or open additional lines of credit without the approval of the U.S. Probation Office unless he is in compliance with the payment schedule; provide the U.S. Probation Office access to any requested financial information; participate in a financial counseling program as directed by the U.S. Probation Office; obtain and maintain gainful employment; inform his employer or any future employers of his criminal conviction to address third party risk; and perform 200 hours of community service under the direction of the U.S. Probation Office.

On August 4, 2004, the District Court extended Mr. Bautista's term of probation an additional three years, for a total term of five years. In addition to the extension, the Court also ordered that he participate in a sex offender treatment program as determined by the probation office.

Mr. Bautista has remained in compliance with his probation conditions. He has satisfied the $1,000 restitution; completed his community service performance and participation in the Superior Court of Guam Sex Offender Treatment Group. He reports regularly as required.

Request to Travel
Re: BAUTISTA, Florante B.
USDC Cr. Cs. No. 02-00008-001
June 28, 2006
Page 2

Mr. Bautista is requesting to travel to Manila, Republic of the Philippines, from July 9, 2006 to July 31, 2006, to seek medical treatment and assist in the care of a family member. He suffers from Diabetes, along with coronary and eye problems, which had required heart and eye surgery previously. He has been granted authorization to travel previously, and has complied with his travel requirements.

In light of the above information, the Court's authorization is requested since Mr. Bautista's travel is to a foreign country.

RESPECTFULLY submitted this ___ day of June 2006.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc: File