| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |

**ORIGINAL**



BAUTISTA, Florante B.
USDC Cr. Cs. 02-00008-001
DOB: XX/XX/1952
SSN: XXX-XX-0292
Height: 5'6"
Weight: 160 lbs.

DATE: June 28, 2006

YOU ARE AUTHORIZED TO TRAVEL TO: Manila, Republic of the Philippines

LEAVING: July 9, 2006     AND RETURNING: July 31, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical treatment and care of family.

**FILED**
DISTRICT COURT OF GUAM
JUL - 5 2006
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while on travel status.

2. You shall report to U.S. Probation Officer Rossanna Villagomez-Aguon within 24 hours upon return to Guam.

**RECEIVED**
JUL - 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME: _____
ADDRESS: _____

[X] APPROVED    [ ] DISAPPROVED

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge