PROB 37
(Rev.
7/71)

## UNITED STATES DISTRICT COURT
### FEDERAL PROBATION SYSTEM

## PERMISSION TO TRAVEL

ADDRESS OF PROBATION OFFICE

U.S. PROBATION OFFICE
2nd Floor U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202

---

**BAUTISTA, Florante B.**
USDC Cr. Cs. 02-00008-001
DOB: XX/XX/1952
SSN: XXX-XX-0292
Height: 5'6"
Weight: 160 lbs.



DATE          December 28, 2006

---

YOU ARE AUTHORIZED TO TRAVEL TO          **Manila, Republic of the Philippines**

LEAVING          **December 30, 2006**          AND RETURNING          **January 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
DISTRICT COURT OF GUAM

DEC 2 9 2006

MARY L.M. MORAN
CLERK OF COURT

PURPOSE OF THIS TRIP:

**Death in the family, attend funeral.**

SPECIAL INSTRUCTIONS:          (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall comply with your probation conditions while on travel status.**

2. **You shall report to U.S. Probation Officer Rossanna Villagomez-Aguon within 24 hours upon return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF
DESTINATION:

ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

[X] APPROVED          [ ] DISAPPROVED

NAME

ADDRESS

**RECEIVED**

DEC 2 9 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam
DATE:          12/29/06

**ORIGINAL**