PROB 34
(3/07)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 02-00008-001 |
| FLORANTE B. BAUTISTA | |

    It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 12, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

    Respectfully submitted,

    FRANK MICHAEL CRUZ
    Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
    Probation Officer

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Acting Chief U.S. Probation Officer

cc:    AUSA
       John T. Gorman, FPD
       File

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.